# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
MARCOS, JOSEPH § Case No. 08-22823 CAD
§
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/28/2008. The undersigned trustee was appointed on 10/14/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    45,912.59

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 22,950.45 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 22,962.14 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/12/2009 and the deadline for filing governmental claims was 02/12/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,341.26 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,341.26 , for a total compensation of $ 5,341.26 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 35.86 , for total expenses of $ 35.86 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2010             By:/s/RONALD R. PETERSON
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 08-22823   Judge: CAROL A. DOYLE
Case Name: MARCOS, JOSEPH

For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 08/28/08 (f)
341(a) Meeting Date: 10/14/08
Claims Bar Date: 02/12/09

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. RESIDENCE | 945,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Checking account | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Money market account - WaMU 095-89030090-0-HELOC | 227,030.48 | 0.00 | | 45,900.90 | FA | 0.00 | 0.00 |
| 4. Household furniture | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Wearing apparel | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. VEHICLES | 600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.69 | Unknown | | |
| TOTALS (Excluding Unknown Values) | $1,173,680.48 | $0.00 | | $45,912.59 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 26, 2010, 01:22 pm   Working on Final Report

The Trustee is in receipt of the funds from the Debtor's money market account at Washington Mutual, and is in process of closing the case.

RE PROP# 1---814 Wedel Lane, Glenview, IL   60025   (Fee Simple)
(Occupied by Wife)

LFORM1EUST Form 101-7-TFR (10/1/2010) (Page: 3)

Ver: 16.01a

Page: 2
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 08-22823 | Judge: CAROL A. DOYLE | Trustee Name: RONALD R. PETERSON |
| Case Name: | MARCOS, JOSEPH | | Date Filed (f) or Converted (c): 08/28/08 (f) |
| | | | 341(a) Meeting Date: 10/14/08 |
| | | | Claims Bar Date: 02/12/09 |

RE PROP# 2---WaMu 311-207836-1
RE PROP# 3---Loan part of marital estate
RE PROP# 6---1999 Ford Contour

Initial Projected Date of Final Report (TFR): 10/31/09    Current Projected Date of Final Report (TFR): 09/30/10

_____ Date: _____

RONALD R. PETERSON

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

Case No: 08-22823 -CAD
Case Name: MARCOS, JOSEPH
Taxpayer ID No: *******7623
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0011 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/09 | 3 | WaMu Legal Department 9200 Oakdale Avenue Chatsworth,CA 91311 | | 1129-000 | 45,900.90 | | 45,900.90 |
| 02/14/09 | | Transfer to Acct #*******0024 | Payment to Diane Marcos per Ct. Ord | 9999-000 | | 22,950.45 | 22,950.45 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 22,950.52 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 22,950.72 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 22,951.22 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,951.80 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,952.37 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,952.95 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,953.53 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,954.10 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,954.68 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,955.25 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,955.83 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,956.41 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 22,956.94 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 22,957.53 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,958.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,958.68 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,959.25 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,959.83 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 22,960.42 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,960.99 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,961.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,962.14 |
| | | | Page Subtotals | | 45,912.59 | 22,950.45 | |

UST Form 101-7-TFR (10/1/2010) (Page: 5)

Ver: 16.01a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 08-22823 -CAD
Case Name: MARCOS, JOSEPH
Taxpayer ID No: ********7623
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0011  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 45,912.59 | 22,950.45 | 22,962.14 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 22,950.45 | |
| | | | Subtotal | | 45,912.59 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 45,912.59 | 0.00 | |

Page Subtotals    0.00    0.00

Page: 3
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22823 -CAD
Case Name: MARCOS, JOSEPH
Taxpayer ID No: *******7623
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0024 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/09 | | Transfer from Acct #*******0011 | Payment to Diane Marcos per Ct. Ord | 9999-000 | 22,950.45 | | 22,950.45 |
| 02/14/09 | 003001 | Diane Marcos c/o Mark J. Rose Esq. 200 West Adams Chicago, Illinois 60606 | Per Court's Order the XWife gets half the money in the account. | 8500-002 | | 22,950.45 | 0.00 |

| | | | COLUMN TOTALS | | 22,950.45 | 22,950.45 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | | 22,950.45 | 0.00 | |
| | | | Subtotal | | 0.00 | 22,950.45 | |
| | | | Less: Payments to Debtors | | 0.00 | 22,950.45 | |
| | | | Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *********0011 | 45,912.59 | 0.00 | 22,962.14 |
| BofA - Checking Account - *********0024 | 0.00 | 0.00 | 0.00 |
| | 45,912.59 | 0.00 | 22,962.14 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  22,950.45  22,950.45

UST Form 101-7-TFR (10/1/2010) (Page: 7)

Ver: 16.01a

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-22823 | | Page 1 | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | MARCOS, JOSEPH | | Claim Class Sequence | | Date: December 02, 2010 | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | Filed 01/22/09 | $1,780.40 | $0.00 | $1,780.40 |
| 000002 070 7100-00 | Scott Colky Colky & Kirsh Ltd 1 North LaSalle St Suite 3100 Chicago, Illinois 60602 | Unsecured | Filed 02/11/09 | $3,968.75 | $0.00 | $3,968.75 |
| 000003 080 7200-00 | First Builder's Group Inc Mr Eric Vander Arend Esq 70 W Madison St Ste 4000 Chicago, IL 60602 | Unsecured | Filed 02/13/09 | $103,847.00 | $0.00 | $103,847.00 |
| | Case Totals: | | | $109,596.15 | $0.00 | $109,596.15 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-22823 CAD
Case Name: MARCOS, JOSEPH
Trustee Name: RONALD R. PETERSON

Balance on hand                                       $         22,962.14

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 5,341.26 | $ 0.00 | $ 5,341.26 |
| Trustee Expenses: RONALD R. PETERSON | $ 35.86 | $ 0.00 | $ 35.86 |

Total to be paid for chapter 7 administrative expenses     $      5,377.12
Remaining Balance                                          $     17,585.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,749.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 1,780.40 | $ 0.00 | $ 1,780.40 |
| 000002 | Scott Colky<br>Colky & Kirsh Ltd<br>1 North LaSalle St<br>Suite 3100<br>Chicago, Illinois 60602 | $ 3,968.75 | $ 0.00 | $ 3,968.75 |

Total to be paid to timely general unsecured creditors                $ 5,749.15

Remaining Balance                                                     $ 11,835.87

Tardily filed claims of general (unsecured) creditors totaling $ 103,847.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 11.4 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | First Builder's Group Inc<br>Mr Eric Vander Arend Esq<br>70 W Madison St Ste 4000<br>Chicago, IL 60602 | $ 103,847.00 | $ 0.00 | $ 11,835.87 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 11,835.87 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE