UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARCOS, JOSEPH | § | Case No. 08-22823 CAD |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/10/2011 in Courtroom 742,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/07/2011                                By: UNITED STATES BANKRUPTCY
                                                           COURT
                                                                                Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| MARCOS, JOSEPH | § § § | Case No. 08-22823 CAD |
| Debtor(s) | § § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,912.59 |
| and approved disbursements of | $ | 22,950.45 |
| leaving a balance on hand of[1] | $ | 22,962.14 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 5,341.26 | $ 0.00 | $ 5,341.26 |
| Trustee Expenses: RONALD R. PETERSON | $ 35.86 | $ 0.00 | $ 35.86 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,377.12 |
| Remaining Balance | $ | 17,585.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,749.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 1,780.40 | $ 0.00 | $ 1,780.40 |
| 000002 | Scott Colky<br>Colky & Kirsh Ltd<br>1 North LaSalle St<br>Suite 3100<br>Chicago, Illinois 60602 | $ 3,968.75 | $ 0.00 | $ 3,968.75 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,749.15 |
| | Remaining Balance | | | $ 11,835.87 |

Tardily filed claims of general (unsecured) creditors totaling $ 103,847.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 11.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | First Builder's Group Inc<br>Mr Eric Vander Arend Esq<br>70 W Madison St Ste 4000<br>Chicago, IL 60602 | $ 103,847.00 | $ 0.00 | $ 11,835.87 |

| | |
|---|---:|
| Total to be paid to tardy general unsecured creditors | $ 11,835.87 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
　　　　　　　　　　　Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: gbeemster              Page 1 of 1                   Date Rcvd: Jan 07, 2011
Case: 08-22823                  Form ID: pdf006              Total Noticed: 14

The following entities were noticed by first class mail on Jan 09, 2011.
db           +Joseph Marcos,    9253 Knight Street,    Des Plaines, IL 60016-3947
aty          +David M. Barry,    Law Offices of David M. Barry,    1755 Naperville,    Suite 100,
               Wheaton, IL 60189-5844
tr           +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
12931074     +Colky & Kirsh Ltd,    Attorneys at Law,    One North LaSalle Suite 3100,    Chicago, IL 60602-4003
12563327     +Dean Dussias,    Attorney at Law,    19 North Green,    Chicago, IL 60607-2605
12931075     +Dean Dussias Esq Diane Marcos,    19 North Green,    Chicago, IL 60607-2605
12563325     +Evanston Northwestern Health,    2650 Ridge Ave,    Evanston IL 60201-1718
12931076     +First Builder's Group Inc,    Mr Eric Vander Arend Esq,    70 W Madison St Ste 4000,
               Chicago, IL 60602-4698
12563322     +Harlem Furniture/WFNNB,    Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
12563323      Illinois Collection Services,    PO Box 1010,    Tinley Park, IL 60477-9110
13516314     +Scott Colky,    Colky & Kirsh Ltd,    1 North LaSalle St,    Suite 3100,
               Chicago, Illinois 60602-4003
12563326     +Scott Colky,    Colky & Kirsh Ltd,    Attorneys at Law,    One N LaSalle Ste 3100,
               Chicago, IL 60602-4003
12563319      Washington Mutual Mortgage/Bankruptcy,    Dept JAXA 2035,7255,    Bay Meadows Way,
               Jacksonville, FL 32256
The following entities were noticed by electronic transmission on Jan 07, 2011.
13072734      E-mail/PDF: BNCEmails@blinellc.com Jan 08 2011 02:51:30     Roundup Funding, LLC,    MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12563321     ##+Washington Mutual/Providian,    Bankruptcy Dept,    PO Box 10467,    Greenville, SC 29603-0467
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2011**                    **Signature:**   *Joseph Speetjens*