UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
MARCOS, JOSEPH                        §    Case No. 08-22823 CAD
                                      §
          Debtor(s)                   §
                                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/RONALD R. PETERSON_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Diane Marcos |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual Mortgage Attention: Bankruptcy Dept. JAXA 2035, 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| | Washington Mutual Mortgage Attention: Bankruptcy Dept. JAXA 2035, 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD PETERSON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Colky & Kirsh, Ltd Attorneys at Law One North LaSalle, Suite 3100 Chicago, IL 60602 | | | | | |
| | Dean Dussias, Esq./Diane Marcos 19 North Green Chicago, IL 60617 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evanston Northwestern Health 2650 Ridge Ave, Evanston IL 60201 | | | | | |
| | Harlem Furniture/WFNNB Bankruptcy Dept. P. O. Box 182125 Columbus, OH 43318-2125 | | | | | |
| | Illinois Collection Services P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Illinois Collection Services P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Washington Mutual / Providian Attn: Bankruptcy Dept., PO Box 10467 Greenville, SC 29603 | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| 000002 | SCOTT COLKY | | | | | |
| 000003 | FIRST BUILDER'S GROUP INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-22823 | Judge: CAROL A. DOYLE | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MARCOS, JOSEPH | | Date Filed (f) or Converted (c): | 08/28/08 (f) |
| | | | 341(a) Meeting Date: | 10/14/08 |
| For Period Ending: | 08/31/11 | | Claims Bar Date: | 02/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. RESIDENCE | 945,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Checking account | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Money market account - WaMU 095-8903090-0-HELOC | 227,030.48 | 0.00 | | 45,900.90 | FA | 0.00 | 0.00 |
| 4. Household furniture | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Wearing apparel | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. VEHICLES | 600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.93 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $1,173,680.48    $0.00    $45,913.83    $0.00    $0.00    $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 1/6/11.

RE PROP# 1---814 Wedel Lane, Glenview, IL  60025  (Fee Simple)
   (Occupied by Wife)
RE PROP# 2---WaMu 311-207836-1
RE PROP# 3---Loan part of marital estate
RE PROP# 6---1999 Ford Contour

LFORM1EX
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-22823 | Judge: CAROL A. DOYLE | Trustee Name: RONALD R. PETERSON |
| Case Name: | MARCOS, JOSEPH | | Date Filed (f) or Converted (c): 08/28/08 (f) |
| | | | 341(a) Meeting Date: 10/14/08 |
| | | | Claims Bar Date: 02/12/09 |

Initial Projected Date of Final Report (TFR): 01/06/11     Current Projected Date of Final Report (TFR): 01/06/11

_____    Date: _____
RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-22823 -CAD | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | MARCOS, JOSEPH | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0011 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7623 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/09 | 3 | WaMu<br>Legal Department<br>9200 Oakdale Avenue<br>Chatsworth,CA 91311 | | 1129-000 | 45,900.90 | | 45,900.90 |
| 02/14/09 | | Transfer to Acct #*******0024 | Payment to Diane Marcos per Ct. Ord | 9999-000 | | 22,950.45 | 22,950.45 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 22,950.52 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 22,950.72 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 22,951.22 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,951.80 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,952.37 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,952.95 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,953.53 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,954.10 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,954.68 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,955.25 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,955.83 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,956.41 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 22,956.94 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 22,957.53 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,958.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,958.68 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,959.25 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,959.83 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 22,960.42 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,960.99 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,961.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,962.14 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 22,962.73 |

Page Subtotals   45,913.18   22,950.45

Ver: 16.02b

FORM 2          Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 08-22823 -CAD | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | MARCOS, JOSEPH | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0011 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7623 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.59 | | 22,963.32 |
| 02/10/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 22,963.38 |
| 02/10/11 | | Transfer to Acct #*******0024 | Final Posting Transfer | 9999-000 | | 22,963.38 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 45,913.83 | 45,913.83    0.00 |
| Less: Bank Transfers/CD's | 0.00 | 45,913.83 |
| Subtotal | 45,913.83 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 45,913.83 | 0.00 |

Page Subtotals     0.65     22,963.38

Ver: 16.02b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-22823 -CAD | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MARCOS, JOSEPH | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0024  BofA - Checking Account |
| Taxpayer ID No: | *******7623 | | | |
| For Period Ending: | 08/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/09 | | Transfer from Acct #*******0011 | Payment to Diane Marcos per Ct. Ord | 9999-000 | 22,950.45 | | 22,950.45 |
| 02/14/09 | 003001 | Diane Marcos c/o Mark J. Rose Esq. 200 West Adams Chicago, Illinois 60606 | Per Court's Order the XWife gets half the money in the account. | 8500-002 | | 22,950.45 | 0.00 |
| 02/10/11 | | Transfer from Acct #*******0011 | Transfer In From MMA Account | 9999-000 | 22,963.38 | | 22,963.38 |
| 02/11/11 | 003002 | Ronald R. Peterson Jenner & Block LLP 353 North Clark Street Chicago, Ill 60654-3456 | Trustee's compensation | 2100-000 | | 5,341.26 | 17,622.12 |
| 02/11/11 | 003003 | Ronald Peterson Jenner & Block LLP 353 North Clark Street Chicago, Illinois 60654-3456 | Trustee's expenses | 2200-000 | | 35.86 | 17,586.26 |
| 02/11/11 | 003004 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Final distribution | 7100-000 | | 1,780.40 | 15,805.86 |
| 02/11/11 | 003005 | Scott Colky Colky & Kirsh Ltd 1 North LaSalle St Suite 3100 Chicago, Illinois 60602 | Final distribution | 7100-000 | | 3,968.75 | 11,837.11 |
| * 02/11/11 | 003006 | First Builder's Group Inc Mr Eric Vander Arend Esq 70 W Madison St Ste 4000 Chicago, IL 60602 | Final distribution | 7200-004 | | 11,837.11 | 0.00 |
| * 04/06/11 | 003006 | First Builder's Group Inc Mr Eric Vander Arend Esq | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7200-004 | | -11,837.11 | 11,837.11 |

Page Subtotals     45,913.83     34,076.72

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-22823 -CAD | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MARCOS, JOSEPH | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0024  BofA - Checking Account |
| Taxpayer ID No: | *******7623 | | | |
| For Period Ending: | 08/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/06/11 | 003007 | 70 W Madison St Ste 4000<br>Chicago, IL 60602<br>First Builder's Group Inc<br>c/o Mr Eric Vander Arend Esq<br>Hughes Socaol Piers Resnick & Bym Ltd<br>70 West Madiison<br>Suite 4000<br>Chicago,, Ill 60602 | | 7200-003 | | 11,837.11 | 0.00 |
| * 07/06/11 | 003007 | First Builder's Group Inc<br>c/o Mr Eric Vander Arend Esq<br>Hughes Socaol Piers Resnick & Bym Ltd<br>70 West Madiison<br>Suite 4000<br>Chicago,, Ill 60602 | VOID<br>Wrote and telephoned lawyer for creditor who said that cleint won't talk to him | 7200-003 | | -11,837.11 | 11,837.11 |
| 07/06/11 | 003008 | BANKRUPTCY COURT CLERK<br>219 SOUTH DEARBORN ST.<br>CHICAGO, IL 60604 | | 7200-001 | | 11,837.11 | 0.00 |

|  | COLUMN TOTALS | 45,913.83 | 45,913.83 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 45,913.83 | 0.00 | |
|  | Subtotal | 0.00 | 45,913.83 | |
|  | Less: Payments to Debtors | | 22,950.45 | |
|  | Net | 0.00 | 22,963.38 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******0011 | 45,913.83 | 0.00 | 0.00 |
| BofA - Checking Account - *******0024 | 0.00 | 22,963.38 | 0.00 |
| | 45,913.83 | 22,963.38 | 0.00 |

Page Subtotals     0.00     11,837.11

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-22823 -CAD | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | MARCOS, JOSEPH | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0024 BofA - Checking Account |
| Taxpayer ID No: | *******7623 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*